UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEURIG GREEN MOUNTAIN, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>SHARKNINJA OPERATING LLC,<br>RONALD DIFABIO, and<br>STEPHEN TURNER,<br><br>                Defendants. | Civil Action No. 17-cv-12133 |

**<u>STIPULATION OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED by and among the parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

(1) Counts I, II, III, IV, V, VI, VIII and IX are dismissed with prejudice;

(2) Counts VII and X are dismissed with prejudice only to the extent that they arise out of the hiring and employment of DiFabio or Turner, DiFabio's or Turner's alleged use or disclosure of Keurig Confidential Information, or DiFabio's or Turner's violations of any legal or contractual obligations owed to Keurig; and

(3) Counts VII and X are dismissed without prejudice to the extent that they do not arise out of the hiring and employment of DiFabio or Turner, DiFabio's or Turner's alleged use or disclosure of Keurig Confidential Information, or DiFabio's or Turner's violations of any legal or contractual obligations owed to Keurig;

all of which dismissals are without costs or attorneys' fees awarded to any party.

2

Respectfully submitted,

| KEURIG GREEN MOUNTAIN, INC., | SHARKNINJA OPERATING LLC, |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Julie B. Brennan*<br>Julie B. Brennan (BBO No. 564101)<br>Scott McConchie (BBO No. 634127)<br>Manchel & Brennan, P.C.<br>100 River Ridge Drive, Suite 308<br>Norwood, MA  02062<br>Telephone: (617) 796-8920<br>jbrennan@manchelbrennan.com<br>smcconchie@manchelbrennan.com | */s/ Russell Beck*<br>Russell Beck (BBO No. 561031)<br>Laura M. Raisty (BBO No. 640400)<br>Nicole Corvini (BBO No. 670587)<br>Hannah T. Joseph (BBO No. 688132)<br>BECK REED RIDEN LLP<br>155 Federal Street, Suite 1302<br>Boston, MA 02110<br>Telephone: (617) 500-8660<br>rbeck@beckreed.com<br>lraisty@beckreed.com<br>ndaly@beckreed.com<br>hjoseph@beckreed.com |
| STEPHEN TURNER, | RONALD DIFABIO, |
| By his attorney, | By his attorneys, |
| */s/David G. Gabor*<br>David G. Gabor (BBO No. 624971)<br>The Wagner Law Group<br>99 Summer Street, 13th Floor<br>Boston, MA 02110<br>Telephone: (617) 357-5200<br>dgabor@wagnerlawgroup.com | */s/Lawrence P. Heffernan*<br>Lawrence P. Heffernan (BBO No. 228660)<br>Danielle Andrews Long (BBO No. 646981)<br>Robinson & Cole LLP<br>One Boston Place, Floor 25<br>Boston, MA 02108<br>Telephone: (617) 557-5934<br>lheffernan@rc.com<br>dlong@rc.com |

Dated:  May 13, 2019

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: May 13, 2019                           */s/ Julie B. Brennan*
                                              Julie B. Brennan